**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICARDO A. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 15-cv-1277 (TSC) (DAR)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation filed on Feb. 17, 2017 (ECF No. 28), and the absence of any objections from either party thereto, the court hereby ADOPTS the Report of the Magistrate Judge and further ACCEPTS the Recommendation of the Magistrate Judge. It is therefore ORDERED that Plaintiff's Motion for Judgment of Reversal (ECF No. 22) is GRANTED IN PART and Defendant's Motion for Judgment of Affirmance (ECF No. 23) is DENIED.

It is FURTHER ORDERED that this matter is remanded to the Social Security Administration for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.

Date: March 9, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge